# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-20935-JPC |
| | § | |
| TRACEY ANN CAVANAUGH | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/21/2013, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2013          By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-20935-JPC |
| | § | |
| TRACEY ANN CAVANAUGH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $1,000.00
*and approved disbursements of* $11.41
*leaving a balance on hand of[1]:* $988.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $988.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $250.00 | $0.00 | $250.00 |
| David P. Leibowitz, Trustee Expenses | $43.07 | $0.00 | $43.07 |

Total to be paid for chapter 7 administrative expenses: $293.07
Remaining balance: $695.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $695.52

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $695.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $266.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Triad - HFN-AMERITECH,) | $266.35 | $0.00 | $266.35 |

|  | Total to be paid to timely general unsecured claims: | $266.35 |
|---|---|---|
|  | Remaining balance: | $429.17 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $429.17 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $429.17 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $429.17.

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-20935-JPC
Tracey Ann Cavanaugh                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: adragonet              Page 1 of 2                  Date Rcvd: Oct 28, 2013
                              Form ID: pdf006              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
```
db            +Tracey Ann Cavanaugh,    217 W. Palatine Road,    Palatine, IL 60067-5163
17286994      +AT&T,    Enhanced Recovery Corp,    10550 Deerwood Park Suite 600,    Jacksonville, FL 32256-2811
17286995      +AT&T Midwest c/o CBCS,    PO Box 69,    Columbus, OH 43216-0069
17286993      +Alan Johnson, MD,    2500 W. Higgins Rd,    Ste 150,    Hoffman Estates, IL 60169-7254
18250030      +Atlas Acquisitions LLC (Triad - HFN-AMERITECH,),    294 Union St.,    Hackensack, NJ 07601-4303
17286996      +Bonifacio Salinas,    c/o Gerardo Badiano,    20063 N. Rand Road,    Palatine, IL 60074-2031
17286998      +ComEd,    c/o Contract Callers, Inc.,    1058 Claussen Rd Suite 110,    Augusta, GA 30907-0301
17286999       First National Bank,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
17287000      +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
17287001      +Gerardo Badiano,    20063 N. Rand Road,    Palatine, IL 60074-2031
17287002      +Lahucik Leonard,    c/o Tinkoff, Popko & Duval,    413 E. Main Street,    Barrington, IL 60010-4501
17287003      +Meadows Dental Care,    c/o Jerry M. Saltzburg,    512 N. McClurg Ct. #4111,
               Chicago, IL 60611-4124
17287006       NCO Financial Systems,    Dept 22,    Trenton, NJ 08650-4909
17287009       Northwest Radiology Assoc,    C/O KCA Financial Service,    PO Box 53,    Geneva, IL 60134-0053
17287008      +Northwest Radiology Assoc,    c/o KCA Financial,    PO Box 53,    Geneva, IL 60134-0053
17287010      +Partners in Primary Care,    c/o American Collection Corp.,    919 Estes Ct.,
               Schaumburg, IL 60193-4427
17287011      +Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
17287012       Sprint,    c/o ER Solution,    POB 97029,    Redmond, WA 98073
17287013      +Syed Ali c/o McDonald and McCabe,    225 W. Wacker Drive,    Ste 2100,    Chicago, IL 60606-1299
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17320111      +E-mail/Text: bnc@atlasacq.com Oct 29 2013 01:26:32     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
20724618       E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2013 01:30:25      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
17286997      +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 29 2013 01:27:50      Citibank,
               C/O NCO Financial Systems,    507 Prudential Rd.,    Horsham, PA 19044-2308
17287005      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2013 01:27:22      Midland Credit Management,
               8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
17287004       E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2013 01:27:22      Midland Credit Management,
               POB 939019,    San Diego, CA 92193-9019
17287007      +E-mail/Text: bankrup@aglresources.com Oct 29 2013 01:26:15      Nicor,    PO Box 0632,
               Aurora, IL 60507-0632
20720721       E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2013 01:32:04
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jonathan T Brand    on behalf of Plaintiff David P Leibowitz  Trustee jbrand@lakelaw.com,
           ECF@lakelaw.com
          Joseph  Wrobel    on behalf of Debtor Tracey Ann Cavanaugh josephwrobel@chicagobankruptcy.com,
           j.bergner@chicagobankruptcy.com,;j.wrobel.ltd@chicagobankruptcy.com

```
District/off: 0752-1          User: adragonet              Page 2 of 2              Date Rcvd: Oct 28, 2013
                              Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                     TOTAL: 5

Case 11-20935   Doc 29   Filed 10/28/13   Entered 10/30/13 23:51:38   Desc Imaged
Certificate of Notice   Page 6 of 6