**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-20935-JPC |
| | § | |
| TRACEY ANN CAVANAUGH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,200.00 |
| Total Distributions to Claimants: | $266.35 | Claims Discharged Without Payment: | $25,384.86 |
| Total Expenses of Administration: | $304.48 | | |

3) Total gross receipts of $1,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $429.17 (see **Exhibit 2),** yielded net receipts of $570.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $304.48 | $304.48 | $304.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $25,384.86 | $266.35 | $266.35 | $266.35 |
| **Total Disbursements** | $25,384.86 | $570.83 | $570.83 | $570.83 |

4). This case was originally filed under chapter 7 on 05/17/2011. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2014         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Leibowitz V. Burkard Case No. 12-1479 Recovery of preferential payments. | 1141-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No.; CAVANAUGH, TRACEY ANN) | Surplus Funds | 8200-001 | $429.17 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$429.17** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $250.00 | $250.00 | $250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $43.07 | $43.07 | $43.07 |
| Green Bank | 2600-000 | NA | $11.41 | $11.41 | $11.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $304.48 | $304.48 | $304.48 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Triad - HFN-AMERITECH,) | 7100-900 | $0.00 | $266.35 | $266.35 | $266.35 |
| | Alan Johnson, MD | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $221.00 | $0.00 | $0.00 | $0.00 |
| | AT&T Midwest c/o CBCS | 7100-000 | $221.18 | $0.00 | $0.00 | $0.00 |
| | Bonifacio Salinas | 7100-000 | $6,325.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $1,580.24 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $966.00 | $0.00 | $0.00 | $0.00 |
| | First National Bank | 7100-000 | $472.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $404.00 | $0.00 | $0.00 | $0.00 |
| | Lahucik Leonard | 7100-000 | $6,099.00 | $0.00 | $0.00 | $0.00 |
| | Meadows Dental Care | 7100-000 | $727.00 | $0.00 | $0.00 | $0.00 |
| | Midland Credit Management | 7100-000 | $585.00 | $0.00 | $0.00 | $0.00 |
| | Nicor | 7100-000 | $1,542.44 | $0.00 | $0.00 | $0.00 |
| | Northwest Radiology Assoc | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| | Northwest Radiology Assoc | 7100-000 | $146.00 | $0.00 | $0.00 | $0.00 |
| | Partners in Primary Care | 7100-000 | $256.00 | $0.00 | $0.00 | $0.00 |
| | Quest Diagnostics | 7100-000 | $90.00 | $0.00 | $0.00 | $0.00 |
| | Sprint | 7100-000 | $1,590.00 | $0.00 | $0.00 | $0.00 |
| | Syed Ali c/o McDonald and McCabe | 7100-000 | $3,950.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,384.86 | $266.35 | $266.35 | $266.35 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-20935-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CAVANAUGH, TRACEY ANN | | Date Filed (f) or Converted (c): | 05/17/2011 (f) |
| For the Period Ending: | 6/13/2014 | | §341(a) Meeting Date: | 06/28/2011 |
| | | | Claims Bar Date: | 03/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Personal funds | $50.00 | $0.00 | | $0.00 | FA |
| 2  Miscellaneous used household furniture and furnishings | $750.00 | $0.00 | | $0.00 | FA |
| 3  Used wearing apparel fully depreciated | $400.00 | $0.00 | | $0.00 | FA |
| 4  Estimated 2010 Federal Income Tax Refund | $3,000.00 | $0.00 | | $0.00 | FA |
| 5  Leibowitz V. Burkard Case No. 12-1479 Recovery of preferential payments. | $0.00 | $3,000.00 | | $1,000.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$4,200.00     $3,000.00     $1,000.00     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/09/2013 | TFR completed for trustee's review. |
| 06/25/2013 | TFR to be completed. |
| 02/20/2013 | Claims bar date of 03/01/2012 |
| 01/24/2013 | Review Claims and Prepare TFR |
| 01/24/2013 | Settlement payment received. TFR to be prepared. |
| 01/21/2013 | Motion approving settlement entered on 01/08/2013 |
| 12/30/2011 | Recovery of possible preferential payments. |

**Initial Projected Date Of Final Report (TFR):** 05/30/2013  
**Current Projected Date Of Final Report (TFR):** 09/30/2013

/s/ DAVID LEIBOWITZ  
DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-20935-JPC | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CAVANAUGH, TRACEY ANN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2934 | | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/17/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2013 | (5) | John P. Burkard | Settlement payment Re Adv. Case No. 12-1479 | 1141-000 | $1,000.00 | | $1,000.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $999.64 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $998.19 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $996.58 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.55 | $995.03 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.70 | $993.33 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.44 | $991.89 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.60 | $990.29 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.70 | $988.59 |
| 11/22/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $250.00 | $738.59 |
| 11/22/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $43.07 | $695.52 |
| 11/22/2013 | 3003 | Atlas Acquisitions LLC (Triad - | Claim #: 1; Amount Claimed: 266.35; Amount Allowed: 266.35; Distribution Dividend: 100.00; | 7100-900 | | $266.35 | $429.17 |
| 11/22/2013 | 3004 | CAVANAUGH, TRACEY ANN | Claim #: ; Amount Claimed: 575.21; Amount Allowed: 575.21; Distribution Dividend: 74.61; | 8200-002 | | $429.17 | $0.00 |
| 04/09/2014 | 3004 | STOP PAYMENT: CAVANAUGH, TRACEY | Stop Payment for Check# 3004 | 8200-004 | | ($429.17) | $429.17 |
| 04/09/2014 | 3005 | Office of the Bankruptcy Clerk | Unclaimed Funds | 8200-001 | | $429.17 | $0.00 |
| | | | **TOTALS:** | | $1,000.00 | $1,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,000.00 | $1,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $429.17 | |
| | | | **Net** | | $1,000.00 | $570.83 | |

| **For the period of 5/17/2011 to 6/13/2014** | | **For the entire history of the account between 01/24/2013 to 6/13/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,000.00 | Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 | Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $570.83 | Total Compensable Disbursements: | $570.83 |
| Total Non-Compensable Disbursements: | $429.17 | Total Non-Compensable Disbursements: | $429.17 |
| Total Comp/Non Comp Disbursements: | $1,000.00 | Total Comp/Non Comp Disbursements: | $1,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-20935-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CAVANAUGH, TRACEY ANN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2934 | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/17/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,000.00 | $1,000.00 | $0.00 |

**For the period of 5/17/2011 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $570.83 |
| Total Non-Compensable Disbursements: | $429.17 |
| Total Comp/Non Comp Disbursements: | $1,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/17/2011 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $570.83 |
| Total Non-Compensable Disbursements: | $429.17 |
| Total Comp/Non Comp Disbursements: | $1,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ